364 A.2d 937

Commonwealth v. Foster, Appellant.

Submitted November 17, 1975.　Mary Ransford White, Public Defender, for appellant; Miles R. Lynn, Jr., District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 226

Commonwealth v. Fowler, Appellant.

Submitted June 14, 1976.　Robert G. Allman, for appellant; Arnold New, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.